Seaweix, Judge,
 

 delivered the opinion of the Court:
 

 At the time when the sale was made by Brantley to Upchurch viz: on the 4th of February 1807, there was in the Sheriff’s hands Ramsay’s execution, and the execution taken out from the term thereafter, though it is a different piece of paper, is still the same execution $ we do not therefore see upon what principle it can be con
 
 *354
 
 tended that the lands were not bound, as the sale was made not only after the
 
 teste
 
 of the execution, but after the
 
 delivery
 
 thereof to the Sheriff.
 

 If it be, that these lands were acquired by Brantley after the judgment was obtained, we think there is nothing in that? for we do not decide how far a
 
 judgment
 
 binds lands, but think this case the common one of a party having lands and selling them after an
 
 execution
 
 is in the hands of the Sheriff against them. There must be judgment for the Plaintiff.